AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

MANETIRONY CLERVRAIN
*Febrice Thomas; Roode A. Clervrain; Francis Osei-Fosu; Abel Paul; Makenzie Alexis; Ashley Carmelle Dorsainville; Samuel Clervrain; ["Brandako Inc"]*
    Plaintiff

        v.   Civil Action No. 4:22-cv-17

BRAD CHAMBERS, *Secretary of Commerce;*
GENERAL CLIF TODEY; JOEL GORELICK; DOMINIC GROTE;
RICHARD L. JOHNSON, JR.; MICHAEL KUBACKI; DR. JOHN C LECHLEITER;
KRISTIN M MARCUCCILLI; FRED J. MERRITT; MARK D. MILES;
DAYTON MOLENDORP; MARK NEAL; AMY SCHUMACHER; JOHN T. THOMPSON;
LINDA E. WHITE; SUE MCLASKEY; RONALD A. WHITE; STEVEN P. SHREDER;
KIMBERLY E. WEST;
JOHN F. HEIL III, *Chief Judge of the Northern District of Oklahoma*
JOHN BADALAMENTI; THOMAS BARBER; WENDY BERGER; PAUL BRYON
SHERI POLSTER CHAPPELL;
TIMOTHY J. CORRIGAN, *Chief US District Judge of Middle District of Florida*
ROY DALTON, JR.; BRIAN DAVIS; CHARLENE HONEYWELL; MARCIA MORALES;
WILLIAM JUNG; CARLOS MENDOZA; STEVEN MERRYDAY;
KATHRYN KIMBALL MIZELL; MARY SCRIVEN;
JUAN R. SANCHEZ, *Chief Judge of Eastern District of Pennsylvania;*
CYNTHIA M. RUFE; GENE E.K. PRATTER; PAUL S. DIAMOND;
MITCHELL S. GOLDBERG; NITZA I. QUINONES ALEJANDRO;
JEFFREY L. SCHMEHL; GERALD A. MCHUGH; EDOUARD G. SMITH;
WENDY BEETLESTONE; MARK A KEARNEY; GERALD J. PAPPERT;
JOSEPH F. LEESON, JR.; CHAD F. KEENY;   JOSHUA D. WOLSON;
JOHN MILTON YOUNGE; KAREN S. MARSTON; JHON M. GALLAGHER;
WILLIAM P. JOHNSON; O. BROWING; KENNETH J. GONZALES; KEA W. RIGGS;
MARGARET I. STRICKLAND; MARTHA VAZQUEZ; PHILIP S. GUTIERREZ;
KIRY K. GRAY
    Defendant (s)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐   the Plaintiff(s),_____recover from the Defendant(s)_____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other:  This case is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B).

This action was (*check one*):

☐ tried to a jury with Judge _____
presiding, and the jury has rendered a verdict.

☐ tried by Judge _____
without a jury and the above decision was reached.

**X** decided by  Judge Philip P. Simon

DATE:   3/7/2022                    GARY T. BELL, CLERK OF COURT

                                    by     s/S. Kowalsky
                                          *Signature of Clerk or Deputy Clerk*