# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### NOTICE OF ISSUANCE OF MANDATE

May 11, 2022

To:  Gary T. Bell
     UNITED STATES DISTRICT COURT
     Northern District of Indiana
     Lafayette, IN 47902-0000

|  | MANETIRONY CLERVRAIN,<br>              Plaintiff - Appellant |
|---|---|
| No. 22-1484 | v. |
|  | BRAD CHAMBERS, et al.,<br>              Defendants - Appellees |
| **Originating Case Information:** ||
| District Court No: 4:22-cv-00017-PPS-JPK<br>Northern District of Indiana, Hammond Division at Lafayette<br>District Judge Philip P. Simon ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                                        Circuit Rule 3(c)

STATUS OF THE RECORD:                                     no record to be returned

form name: **c7_Mandate**     (form ID: **135**)

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

May 11, 2022

*By the Court*:

| | |
|---|---|
| No. 22-1484 | MANETIRONY CLERVRAIN,<br>        Plaintiff - Appellant<br><br>v.<br><br>BRAD CHAMBERS, et al.,<br>        Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 4:22-cv-00017-PPS-JPK<br>Northern District of Indiana, Hammond Division at Lafayette<br>District Judge Philip P. Simon | |

Pursuant to Circuit Rule 3(c), a Docketing Statement must be filed within seven (7) days of the filing of the notice of appeal. The appellant failed to do so. The court issued a show cause order directing that the appellant file a Docketing Statement within fourteen (14) days of the date of the order or face a fine and/or dismissal of the appeal. To date, the appellant has not filed the required Docketing Statement.

**IT IS ORDERED** that this cause is **DISMISSED** for failure to comply with Circuit Rule 3(c).

form name: **c7_FinalOrderWMandate**     (form ID: **137**)